Q          IN THE UNITED STATES DISTRICT COURT FOR
            THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES SQUARE, AIS # 155858, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-1016-WKW |
| | ) | |
| JOHN ALEXANDER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

The Magistrate Judge filed a Report and Recommendation (Doc. # 33) in this case on January 26, 2007. The plaintiff failed to object, despite an extension, and also failed to comply with the court's order to serve notice of a proper mailing address, despite the court's warning that failure to comply would be considered an abandonment of the plaintiff's claims. Nevertheless, the court conducted an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that

    1.    The Recommendation of the Magistrate Judge (Doc. #33) is ADOPTED;

    2.    The Motions for Summary Judgment are GRANTED; and

    3.    The case is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 16th day of April, 2007.

                                                    /s/   W.  Keith Watkins
                                          UNITED STATES DISTRICT JUDGE